## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEVON ROGERS,** | : | |
| | : | **Case No.** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PRESSLER & PRESSLER, LLP and** | : | |
| **MIDLAND FUNDING LLC,** | : | |
| | : | |
| **Defendants** | : | |

### NOTICE OF REMOVAL

**To:**   **Clerk – United States District Court for the District of Maryland, Northern Division**

**PLEASE TAKE NOTICE THAT** on this date, Defendant Midland Funding LLC hereby removes the above-captioned matter to this Court from the District Court of Maryland for Howard County, and in support thereof avers as follows:

1.     Defendant Midland Funding LLC ("MF") is a defendant in a civil action originally filed on or about February 25, 2015, in the District Court of Maryland for Howard County, Case No. 100100008122015, captioned *Devon Rogers v. Pressler & Pressler, LLP and Midland Funding LLC.*

2.     This removal is timely under 28 U.S.C. § 1446(b).  MF first received a copy of Plaintiff's Complaint by e-mail from Pressler & Pressler, LLP on March 19, 2015.

3.     Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit "A" are copies of all process, pleadings and orders received by Defendant in the state court action.

4.     The United States District Court for the District of Maryland, Northern Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against MF alleging that it, through Pressler & Pressler, LLP as its counsel, filed a collection action against him using fraudulent affidavits and without proper judgment and investigation. On this basis, MF presumes Plaintiff purports to state claims for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

5.     Defendant Pressler & Pressler, LLP consents to this removal.  *See* Exhibit "B".

WHEREFORE, Defendant removes this case to the United States District Court for the District of Maryland, Northern Division.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: _____
LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703
lmburnette@mdwcg.com
Counsel for Defendant Midland Funding LLC

Dated:  March 31, 2015

## CERTIFICATE OF SERVICE

I certify that on the 31st day of March, 2015, a true and copy of the foregoing Notice was served on the persons below via United States Mail, postage prepaid:

Mr. Devon Rogers
P.O. Box 1426
Columbia, MD 21044
*Plaintiff*

Mitchell L. Williamson, Esquire
Pressler & Pressler, LLP
7 Entin Rd.
Parsippany, NJ 07054
*Counsel for Pressler & Pressler, LLP*

Clerk
District Court of Maryland for
Howard County
3451 Courthouse Dr.
Ellicott City, MD 21043

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:  _____
LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703
lmburnette@mdwcg.com
Counsel for Defendant Midland Funding LLC

Dated:  March 31, 2015