**DISTRICT COURT OF MARYLAND FOR** Howard County

LOCATED AT (COURT ADDRESS): 3451 Courthouse Drive, Ellicott City MD 21043

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**CASE NO.** CV

**PARTIES**

Plaintiff: DEVON ROGERS, P.O. Box 1426, Columbia, MD 21044

The particulars of this case are:

Pressler and Pressler, along [with] mass litigation [illegible] lawsuit known. This was improper [illegible] by [illegible] [illegible] affidavits in order [illegible] with evictions. They did this with [illegible] [illegible] [illegible] without [illegible] without [illegible] [illegible] them closed [illegible] [illegible] [illegible] [illegible] affected my way of life. Cancer education [illegible] a meritorious defense.

(See Continuation Sheet)

**VS.**

Defendant(s):
Pressler and Pressler LLP
[illegible]
7 Entin Rd
Parsippany NJ 07054

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. [blank]
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. [blank]
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 50,000 plus interest of $ _____ and attorney's fees of $ _____, plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☒ Other: _____ and demands judgment for relief.

Devon [signature]
Signature of Plaintiff/Attorney/Attorney Code

Signer's Address: P.O. Box 1426, Columbia MD 21044
Signer's Telephone Number: 202-714-2272
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: _____

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code
[illegible]

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: because these are companies.

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

2/25/15
Date

Devon Rogers
Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

2/25/15
Date

Devon Rogers
Signature of Affiant

DC/CV 1 (front) (Rev. 10/2012) Print Date (10/2012)