# DISTRICT COURT OF MARYLAND FOR *HOWARD*

**LOCATED AT (COURT ADDRESS):**

**CASE NO.** CV 1601-000812-2015

## PARTIES

**Plaintiff:**
Devon Rogers
P.O. Box 1426
Columbia, MD 21044

**VS.**

**Defendant(s):**

1. Pressler and Pressler, LLP
7 Entin Road
Parsippany, NJ 07054
Serve by: ☒ Certified Mail

2. Midland Funding
7 Entin Road
Parsippany, NJ 07054
Serve by: ☒ Certified Mail

3. Adding Second Defendant

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**The particulars of this case are:**

Pressler and Pressler, performed lawsuit on behalf of Midland Funding. This was improper accompanied by fraudulent claims, and affidavits in order to obtain writ of execution, and default judgement against my name. They did this without proper judgement, and investigation. I never had any account with Midland Funding. Pressler and Pressler on behalf of Midland Funding affected my life, and career.

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

**The Plaintiff claims:**
☒ $30,000 plus interest of $_____ and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☒ Other: _____
and demands judgment for relief.

*Devon Rogers*
Signature of Plaintiff/Attorney/Attorney Code

Signer's Address: _____
Signer's Telephone Number: _____
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: _____

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: Because there are two businesses.

☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 2/25/15
*Devon Rogers*
Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date: 2/25/15
*Devon Rogers*
Signature of Affiant

DC/CV 1 (front) (Rev. 10/2012) Print Date (10/2012)