P&P file #R144081

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (Baltimore)

| | |
|---|---|
| DEVON ROGERS,<br><br>                Plaintiff,<br>vs.<br><br>PRESSLER & PRESSLER, LLP AND<br>MIDLAND FUNDING, LLC,<br>                Defendants. | Civil Action No.<br><br>1:15-cv-00937-JKB |

AND NOW, this 4 day of June 2015, upon consideration of Defendant Pressler & Pressler, LLP's Motion for Judgment on the Pleadings, and Plaintiff's response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's Complaint against Pressler & Pressler, LLP is **DISMISSED** with prejudice. Clerk is to CLOSE THIS CASE. /s/

BY THE COURT:

_James K. Bredar_
U.S. DISTRICT JUDGE J.